George M. Kraw (California Bar No. 71551)
Katherine McDonough (California Bar No. 241426)
Jessica N. Melgar (California Bar No. 311575)
Kraw Law Group, APC
605 Ellis Street, Suite 200
Mountain View, California 94043
Telephone: 650-314-7800
Facsimile: 650-314-7899
gkraw@kraw.com
kmcdonough@kraw.com
jmelgar@kraw.com

Attorneys for:
Producer-Writers Guild of America Pension Plan;
Board of Directors, Producer-Writers Guild of America Pension Plan;

Writers' Guild-Industry Health Fund; and
Board of Trustees, Writers' Guild-Industry Health Fund

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN; BOARD OF DIRECTORS OF THE PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN,

And,

WRITERS' GUILD-INDUSTRY HEALTH FUND; BOARD OF TRUSTEES OF THE WRITERS GUILD-INDUSTRY HEALTH FUND,

Plaintiffs,

v.

HUAHUA MEDIA, LLC,

And,

HUAHUAH CULTURE COMMUNICATION AND

Case No.: 2:19-cv-10249-JFW(JPRx)

**NOTICE OF PRELIMINARY SETTLEMENT**

INVESTMENT CO., LTD.,

Defendants.

Plaintiffs, PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN; BOARD OF DIRECTORS OF THE PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN, and, WRITERS' GUILD-INDUSTRY HEALTH FUND; BOARD OF TRUSTEES OF THE WRITERS GUILD-INDUSTRY HEALTH FUND (collectively "Plaintiffs" or the "Plans"), hereby notifies the Court that it has reached a preliminary settlement with Defendant HUAHUA CULTURE COMMUNICATION AND INVESTMENT CO. LTD ("HCC"). The Chairpersons of the Plans have preliminarily approved a settlement subject to ratification of the Board of Trustees at their regularly scheduled meeting on March 3, 2020. Plaintiffs fully anticipate that the preliminary approval will be ratified by the Board of Trustees.

Upon finalization of the settlement agreement and receipt of payment, Plaintiffs anticipate filing a Voluntary Dismissal of Action against **all** Defendants under Federal Rule of Civil Procedure 41(a)(1)(A).

Plaintiffs hereby respectfully request that the Court vacate all hearing dates, including but not limited to the scheduling conference set for February 24, 2020 to allow the parties to finalize their settlement without incurring further costs or attorney's fees.

Respectfully submitted,

Date: February 14, 2020

KRAW LAW GROUP, APC.

/s/ Jessica N. Melgar
Jessica N. Melgar
*Counsel for Plaintiffs*